Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case: 1:25–cv–01917
Assigned To : Unassigned
Assign. Date : 6/18/2025
Description: Pro Se Gen. Civ. (F–DECK)

Noha Olha
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The U.S Department
of Agriculture D.C
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial:  *(check one)*    ☐ Yes    ☒ No

**RECEIVED**

JUN 18 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Noha Olha |
| Street Address | 9221 ROSEMONT DR |
| City and County | GAITHERSBURG MD |
| State and Zip Code | 20877 |
| Telephone Number | |
| E-mail Address | ARTOLGAA @ gmail.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name                        Donald Trump
    Job or Title *(if known)*   President of the USA
    Street Address            1600 Pennsylvania Ave, NW
    City and County        Washington D.C. 20500
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name                        Brooke Leslie Rollins
    Job or Title *(if known)*   Secretary of Agriculture
    Street Address            1400 Independence Ave, SW
    City and County        Washington
    State and Zip Code    D.C. 20250
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name                        Rafael J Lopez
    Job or Title *(if known)*   Secretary of human Services
    Street Address            311 West Saratoga St
    City and County        Baltimore MD
    State and Zip Code    21201 - 3521
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     b.     If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

     *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        20.000.000 compensation

## III.   Statement of Claim

    Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    - Claim total pages 9.
    - Document from Human Services total page 12
    - Mandamus

## IV.   Relief

    State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  06 / 18 / 2025

Signature of Plaintiff

Printed Name of Plaintiff  Noha Olha

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

After a month, i called and said that a card was sent to my name but i did not Receive it and someone changed my name to Olga Noha (i added profile) which does not correspond to my Real name. And i explained to them that when i go to the account and try to change the name, the same thing happens and it says that it was delivered. I have a photo of the Dashboard account! This Representative suggested that i contact the office to solve this problem. When i contacted the office, this employee Refused me. He said that i do not qualify, after sending the complaints, 4 months passed and i was starving for 30 days. Because this employee was inspired by the famine that happened in my country and decided not to help me. OR this employee of this department was inspired by the concentration camp and decided that i could starve. OR maybe this employee decided that exceeding the official position brings pleasure to show what a worthless immigrant came on his knees to ask for food. Judge, this state (Maryland) assistance so that my people and i

h

1

had the right to it if necessary. And this person, a qualified worker, tells me to go to the store and eat. I explained to her that i did not come to eat for free at the store so that you would then deport me because you, saf, monitored me and took me away. I worked now, my situation is not typical. And according to the law, i will not apply for more.

Judge, according to these laws, i have the right to federal law. And now i have the right to urgently receive a food card (SWAP) And not to STARVE for 30 days, then 23 days, then 17 days.

The immigration service or federal law does not warn you that for the tax slush fund every year and official Benefits you will face torture, psychological violence and hunger!

That this is a new policy or maybe it's new state laws.

I can recive both Social Security benefits and Supplemental Nutrition Assistance Program (SWAP) benefits. Social Security benefits are considered income when determining SWAP

2

eligibility, but SWAP benefits don't reduce Social Security payments.

  — (4) an alien who has been granted nonimmigrant status under section 101 (a) (15) (t) of the immigration and Nationality Act (8 USC 1101 (a) (15) (T)) or who has a pending application that sets forth a prima facie case for eligibility for such nonimmigrant status.

This subsection shall not apply to an alien during any period in which the individual responsible for such battery or cruelty

  — 2) Not later than 18 months after August 22, 1996 the Attorney General, in consultation with the Secretary of Health and Human Services, shall also establish procedures for a person applying for a Federal public benefit as defined in section 1611 (c) of this title to provide proof of citizenship in a fair and nondiscriminatory manner.)

  — 3 Not later than 90 days after August 5, 1997, the Attorney

3

General shall promulgate regula-
tions which set forth the procedu-
res by which a State or local go-
vernment can verify whether an
alien applying for a State or local
public benefit is a qualified alien
a nonimmigrant under the immi-
gration and Nationality Act (8 USC
1101 et seq) OR an alien paroled into
the United States under section 212(b)
(5) of the Immigration and Natio
nality Act (8 USC 182 (d) (5)) for
less than 1 year, for purposes
of determining whether the alien
is ineligible for benefits under
section 1621 of this title.

(B) State compliance
Not later than 24 months after
the date the regulations descri-
bed in Subsection (a) are adopted
a State that administers a program
that provides a Federal public bene-
fit shall have in effect a verifica-
tion system that complies with
the regulations
   8 US Code § 1643 Statutory construction
(a) Limitation.

(1) Nothing in this chapter may be
construed as an entitlement or a

4

determination of an individual's
eligibility or fulfillment of the requisi-
te requireme for any Federal, State
or local governmental program, assi-
stance, or benefits. For purposes of
this chapter, eligibility relates only
to the general issue of eligibility or
ineligibility on the basis of alien-
age.

(2) Nothing in this chapter may
be construed as addressing alien
eligibility for a basic public edu-
cation as determined by Supreme
Court of the United States under
Plyler v Doe (457 U.S. 202) 1982

(3) This section shall not apply to
assistance or benefits under the
Food Stamp Act of 1977 (1) (7 USC
2011 et seq) to the extent that a
qualified alien is eligible under
section 1612 (a) (2) (J) of this title.
e) Indigence exception

(1) In general
For an alien for whom an affidavit
of support under section 213A of the
immigration and Nationality Act (8
USC N834) has been executed, if a de-
termination described in paragraph

(2) is made, the amount of income and resources of the sponsor or the sponsor's spouse which shall be attributed to the sponsored alien shall not exceed the amount actually provided for a period beginning on the date of such determination and ending 12 month after such date

8 USC Code 1632 - Authority for States to provide for attribution of sponsors income and resour-ces to the alien with respect to State programs

+. Programs, services, or assistance (such as soup kitchens, crisis counseling and intervention, and short-term shelter) specified by the Attorney General of a State, after consultation with appropriate agencies and departments, which
(A) deliver in-kind services at the community level, including through public or private nonprofit agencies.
B. do not condition the provision of assistance, the amount of assi-stanse provided or the cost of assi-stance provided on the individual

6

recipient's income or resources; and

(C) are necessary for the protection of life or safety.

Some individuals may be eligible for Supplemental Nutrition Assistance Program (SNAP) benefits without a waiting period, even if they are not USC citizens. These include children under 18, those who are blind or disabled and receiving re-lated benefits, those lawfully resi-ding in the US who were 65 or older on August 22 1996, those with a U.S military connection, and individuals granted parole from Afga-nistan or Ukraine

Parolee from Afghanistan or Ukra-ine:
Individuals granted parole from Afgani-stan or Ukraine may be eligible for SNAP without a waiting period.

Expedited SNAP

Some individuals may qualify for expedited SNAP benefits, meaning they receive benefits within 7 days of

applying if they have very little or no income and need help quickly according to the Maryland Department of Human Services

An employee of this department told me that the previous president's administration left them money for their country and the needs of their country. And she gave me a piece of paper with where they issue food once a month. I explained to her that i do not have access to the kitchen at the moment and will not be able to prepare the food that needs to be prepared. She handed over a package of dried products. Its sad, just a shame. And i have not heard any order from either the president or the senators for someone to pass such a law. An employee of this department, told me to go downstairs to the first floor. They have a free store, but the person who works there said that it is not for me. what kind of government institution is this? A government employee tells me that i have stopped my stomach, i will establish my own rules,

8

Because the government is starving me. Not a single law in this country says that someone will look into my mouth and count how much i have eaten and how much I have drunk. These employees who work in government jobs should know their responsibilities. Don't chase me, don't calculate where i live, don't count how many fines i have, and constantly stand behind me like a crow. And tell me that we sent you, this money for us what the hell is this.

9

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

Olha Noha

_____

Plaintiff(s)

- v. -

**DONALD JOHN TRUMP**

PRESIDENT OF THE UNITED STATES OF AMERICA

THE WHITE HOUSE,

1600 PENNSYLVANIA AVENUE NW,

WASHINGTON, DC 20500.


**BROOKE LESLIE ROLLINS**

**SECRETARY OF AGRICULTURE**

U.S. DEPARTMENT OF AGRICULTURE,

1400 INDEPENDENCE AVE. SW, WASHINGTON,

 DISTRICT OF COLUMBIA 20250.


**RAFAEL J. LÓPEZ**, *SECRETARY OF HUMAN SERVICES*

OFFICE OF SECRETARY
DEPARTMENT OF HUMAN SERVICES
311 WEST SARATOGA ST., BALTIMORE, MD 21201 - 3521


_____

Defendant(s)

# VERIFIED COMPLAINT FOR

# MANDAMUS AND DECLARATORY JUDGMENT

# I.    PREFATORY STATEMENT

1. This is a mandamus action to compel the Defendants and those acting under them to take all appropriate action to adjudicate my program that provides a Federal public benefit SNAP. so that i can get both Social Security benefits and Supplemental Nutrition Assistance Program (SNAP) benefits. Social Security benefits are considered income when determining SNAP eligibility, but SNAP benefits don't reduce Social Security payments.

2. My application denied within the jurisdiction of the Defendants,   withheld action on the application for an unreasonable period of time, to the detriment of me. I filed application on 02/18/2025. Germantown office 12900 Middelebrook rd. Germantown MD 20874.

# II.    JURISDICTION

III.    (4)an alien who has been granted nonimmigrant status under section 101(a)(15)(T) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(15)(T)) or who has a pending application that sets forth a prima facie case for eligibility for such nonimmigrant status.

This subsection shall not apply to an alien during any period in which the individual responsible for such battery or cruelty resides in the same household or family eligibility unit as the individual subjected to such battery or cruelty.

IV.    2)Not later than 18 months after August 22, 1996, the Attorney General, in consultation with the Secretary of Health and Human Services, shall also establish procedures for a person applying for a Federal public benefit (as defined in section 1611(c) of this title) to provide proof of citizenship in a fair and nondiscriminatory manner.

V.    (3)Not later than 90 days after August 5, 1997, the Attorney General shall promulgate regulations which set forth the

2

procedures by which a State or local government can verify whether an alien applying for a State or local public benefit is a qualified alien, a nonimmigrant under the Immigration and Nationality Act [8 U.S.C. 1101 et seq.], or an alien paroled into the United States under section 212(d)(5) of the Immigration and Nationality Act [8 U.S.C. 1182(d)(5)] for less than 1 year, for purposes of determining whether the alien is ineligible for benefits under section 1621 of this title.

**(b)State compliance**

Not later than 24 months after the date the regulations described in subsection (a) are adopted, a State that administers a program that provides a Federal public benefit shall have in effect a verification system that complies with the regulations

## 8 U.S. Code § 1643 - Statutory construction

**(a)Limitation**

**(1)**

Nothing in this chapter may be construed as an entitlement or a determination of an individual's eligibility or fulfillment of the requisite requirements for any Federal, State, or local governmental program, assistance, or benefits. For purposes of this chapter, eligibility relates only to the general issue of eligibility or ineligibility on the basis of alienage.

**(2)**

Nothing in this chapter may be construed as addressing alien eligibility for a basic public education as determined by the Supreme Court of the United States under Plyler v. Doe (457 U.S. 202)(1982).

(3)This section shall not apply to assistance or benefits under the Food Stamp Act of 1977 [1] (7 U.S.C. 2011 et seq.) to the extent that a qualified alien is eligible under section 1612(a)(2)(J) of this title.

**(e)Indigence exception**

(1)In general

3

For an alien for whom an affidavit of support under section 213A of the Immigration and Nationality Act [8 U.S.C. 1183a] has been executed, if a determination described in paragraph (2) is made, the amount of income and resources of the sponsor or the sponsor's spouse which shall be attributed to the sponsored alien shall not exceed the amount actually provided for a period beginning on the date of such determination and ending 12 months after such date.

8 U.S. Code § 1632 - Authority for States to provide for attribution of sponsors income and resources to the alien with respect to State programs

**(7)**

Programs, services, or assistance (such as soup kitchens, crisis counseling and intervention, and short-term shelter) specified by the Attorney General of a State, after consultation with appropriate agencies and departments, which (A) deliver in-kind services at the community level, including through public or private nonprofit agencies; (B) do not condition the provision of assistance, the amount of assistance provided, or the cost of assistance provided on the individual recipient's income or resources; and (C) are necessary for the protection of life or safety.

Yes, some individuals may be eligible for Supplemental Nutrition Assistance Program (SNAP) benefits without a waiting period, even if they are not US citizens. These include children under 18, those who are blind or disabled and receiving related benefits, those lawfully residing in the U.S. who were 65 or older on August 22, 1996, those with a U.S. military connection, and individuals granted parole from Afghanistan or Ukraine

**Parolee from Afghanistan or Ukraine:**

Individuals granted parole from Afghanistan or Ukraine may be eligible for SNAP without a waiting period.

**Expedited SNAP:**

Some individuals may qualify for expedited SNAP benefits, meaning they receive benefits within 7 days of applying if they have very little or no

4

income and need help quickly <u>according to the Maryland Department of Human Services</u>.

## §2011. Congressional declaration of policy

It is declared to be the policy of Congress, in order to promote the general welfare, to safeguard the health and well-being of the Nation's population by raising levels of nutrition among low-income households. Congress finds that the limited food purchasing power of low-income households contributes to hunger and malnutrition among members of such households. Congress further finds that increased utilization of food in establishing and maintaining adequate national levels of nutrition will promote the distribution in a beneficial manner of the Nation's agricultural abundance and will strengthen the Nation's agricultural economy, as well as result in more orderly marketing and distribution of foods. To alleviate such hunger and malnutrition, a supplemental nutrition assistance program is herein authorized which will permit low-income households to obtain a more nutritious diet through normal channels of trade by increasing food purchasing power for all eligible households who apply for participation.

That program includes as a purpose to assist low-income adults in obtaining employment and increasing their earnings. Such employment and earnings, along with program benefits, will permit low-income households to obtain a more nutritious diet through normal channels of trade by increasing food purchasing power for all eligible households who apply for participation.

**(d)Benefit.—**The term "<u>benefit</u>" means the value of supplemental nutrition assistance provided to a <u>household</u> by means of—

**(1)**

an electronic <u>benefit</u> transfer under <u>section 2016(h) of this title</u>; or

**(2)**

other means of providing assistance, as determined by the <u>Secretary</u>.

The federal law that governs the Supplemental Nutrition Assistance Program (SNAP) is the Food Security Act of 1985, along with subsequent

5

amendments. SNAP, authorized under 7 U.S. Code Chapter 51, aims to alleviate hunger and malnutrition by enabling low-income households to obtain a more nutritious diet through normal channels of trade.

18 U.S. Code Section 1001 is a federal law that criminalizes making false statements to the federal government in any matter within the jurisdiction of a federal department or agency. It specifically prohibits knowingly and willfully falsifying, concealing, or covering up a material fact, or making false statements, representations, or using false documents.

42 U.S. Code § 608a addresses fraud in means-tested welfare and public assistance programs, including SNAP (Supplemental Nutrition Assistance Program), public housing, and state-funded programs. Specifically, if an individual's benefits are reduced due to fraud, they may not receive increased benefits under other programs for the duration of that reduction.

7 U.S. Code § 2016 - Issuance and use of program benefits

**(a)In general**

Except as provided in subsection (i), EBT cards shall be issued only to households which have been duly certified as eligible to participate in the supplemental nutrition assistance program.

**(b)Use**

Benefits issued to eligible households shall be used by them only to purchase food from retail food stores which have been approved for participation in the supplemental nutrition assistance program at prices prevailing in such stores: Provided, That nothing in this chapter shall be construed as authorizing the Secretary to specify the prices at which food may be sold by wholesale food concerns or retail food stores.

**(c)Design**

**(1)In general**

EBT cards issued to eligible households shall be simple in design and shall include only such words or illustrations as are required to explain their purpose.

**(2)Prohibition**

The name of any public official shall not appear on any <u>EBT card</u>.

"(b) Assistance.—To carry out this section, the Secretary of Agriculture may approve State agency plans for temporary emergency standards of eligibility and levels of benefits under the Food and Nutrition Act of 2008 (7 U.S.C. 2011 et seq.) for households with eligible children and, as applicable, households with children eligible for assistance under subsection (h). Plans approved by the Secretary shall provide for supplemental allotments to households receiving benefits under such Act, and issuances to households not already receiving benefits. Such level of benefits shall be determined by the Secretary in an amount not less than the value of meals at the free rate over the course of 5 school days for each eligible child in the household.

Section 3 of the Food and Nutrition Act of 2008 (7 U.S.C. 2012) is amended--

(1) in subsection (k)(1), by striking ``consumption except alcoholic beverages, tobacco, hot foods or hot food products ready for immediate consumption other than those authorized pursuant to clauses (3), (4), (5), (7), (8), and (9) of this subsection'' and inserting ``consumption, including hot foods or hot food products ready for immediate consumption and excluding alcoholic beverages, tobacco'';

(2) in subsection (o)(1)--

(A) in the matter preceding subparagraph (A), by striking ``and consumption'' and inserting ``or home or immediate consumption''; and

(B) in subparagraph (A)--

(i) by striking the subparagraph designation and all that follows through ``offers'' and inserting the following:

``(A)(i) offers'';

(ii) in clause (i) (as so designated), by striking ``or'' at the end and inserting ``and''; and

(iii) by adding at the end the following:

``(ii) of which not more than 50 percent of the total gross sales are from hot foods or hot food products ready for immediate consumption; or''; and

(3) in subsection (q)(2)--

(A) by striking ``include accessory'' and inserting the following: ``include--

``(A) accessory'';

(B) in subparagraph (A) (as so designated), by striking the period at the end and inserting ``; and''; and

(C) by adding at the end the following:

``(B) hot foods or hot food products ready for immediate consumption.''.

(b) "Allotment" means the total value of benefits a household is authorized to receive during each month.

8