UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Olha Woha (Olga Demgeza)
PLAINTIFF

VS.

The US Department of Agriculture D.C
DEFENDANT(S)

CASE NO. 1:25-CV-01917

## MOTION

I want Remove the Judge and Replace then with a different Judge before the trial proceeds any further by Law 29 § 2700.68 Substitution of the ALJ.

Signature

Olha Woha
Name (if applicable, Prisoner ID No.)

Gaithersburg
Address/Facility Address

Maryland 20877
City    State    Zip Code

Rev: 8/8/2024
*Use additional pages as needed

**RECEIVED**
JUN 23 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia